IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CONNIE SHORTER,** **PLAINTIFF**

**VS.** **CIVIL ACTION NO: 4:05CV77-WAP-EMB**

**CITY OF INDIANOLA, MISSISSIPPI, ET AL.,** **DEFENDANTS**

**ORDER**

Before the Court is the unopposed motion [11] of plaintiff to stay discovery. The docket indicates that since the filing of plaintiff's motion, defendant has withdrawn its discovery requests. Accordingly, the instant motion is denied as moot. Nonetheless, the parties are advised that discovery may be initiated following the attorney conference in accordance with FED.R.CIV.P. 26(d).

**SO ORDERED** this 7th day of June, 2005.

/s/ Eugene M. Bogen
**UNITED STATES MAGISTRATE JUDGE**